# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-107-Orl-28GJK

**GRETCHEN MELENDEZ**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Charles E. Taylor, Jr. |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Angela Harris-Butler |
| **DATE/TIME:** | April 14, 2008 1:30-2:45 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

Motion for application of the safety-valve provision to reduce her sentence below the ten year minimum mandatory (Doc. No. 1030) - **DENIED**.

IMPRISONMENT:   120 Months.

Supervised Release:   5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

> Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.
>
> Participate in a program for treatment of mental health and contribute to the costs of the program.
>
> Community Service Program:   Perform 150 hours in lieu of paying a fine.
>
> Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $100.00.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:   Defendant is advised of right to appeal.